**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1389

Bobby Simmons

- - Versus - -

Roy Hughes, Jeffery Jackson and the City of Houma

32nd Judicial District Court
Case #: 158719
Terrebonne Parish

On Application for Rehearing filed on 12/08/2020

Rehearing ⎯denied.⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date **JAN 0 4 2021**
_____
_____
Rodd Naquin, Clerk